**RYAN ALEXANDER**  **E-Filed**
Nevada Bar No. 10845
LAW OFFICES OF RYAN ALEXANDER PLLC
520 S. 4th St., Ste. 340
Las Vegas, NV 89101
Phone: (702) 868-3311
Fax: (702) 868-3312
*Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | § | BK-10-25306 |
| | § | HONORABLE MIKE K. NAKAGAWA |
| GAMING ENTERTAINMENT, INC. | § | |
| | § | |
| | § | CHAPTER 11 |
| | § | |
| | § | |
| Debtor. | § | |

### MOTION TO DISMISS DUPLICATE
### CASE AND WAIVE FEES

Due to an electronic filing error, two cases for this same debtor were opened. The instant case was filed on November 24, 2009. Through error, a second case was opened on August 13, 2010 which should be dismissed. The intent of the debtor was to open only one case. The case number first assigned was BKS-09-32258-lbr-11. The second case that was inadvertently opened is under case number BK-10-25306 and this case should be dismissed and the filing fee waived.

Date: August 13, 2010.

                                            Respectfully submitted,

                                            By: /s/ Ryan Alexander
                                            Ryan Alexander
                                            Nevada Bar No. 10845
                                            The Law Offices of Ryan Alexander PLLC

520 S. 4th St., Ste. 340  
Las Vegas, NV 89101  
Phone: (702) 868-3311  
Fax: (702) 868-3312  
Email: ryan@ryanalexander.us  
*Attorney for Debtor*

-2-